UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CIVIL ACTION NO. 2:18-CR-0042-RWS |
| HUGO VICENTE TORRES, Defendant. | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. 47]. Following an extension of time which allowed objections to be filed by January 13, 2020, no objections have been filed by Defendant Torres. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. 47] is hereby approved and adopted as the opinion and order of this Court. Defendant's Motion to Suppress [Doc. 23] is **DENIED**.

**SO ORDERED** this 30th day of January, 2020.

RICHARD W. STORY
United States District Judge